**Order entered April 8, 2020**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-19-00564-CR

### ARES WENDELL HIATT, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-80604-2018**

### ORDER

Before the Court is the State's April 7, 2020 motion for extension of time to file its brief. We **GRANT** the motion and **ORDER** the brief received with the motion filed as of the date of this order.

/s/ ROBERT D. BURNS, III
CHIEF JUSTICE